Your Honor,

My name is Mary Nhan, my son James is a loyal, caring, intelligent, hard working young man. He helped us immensely thru the years of his youth. We run a small town restaurant. We never had enough people working. James help out at the restaurant at age 13. He started washing dishes, then cleaned tables, and waitered/trained other employee's in High School. He would work after school and also helped watching his younger siblings. He did not go to his prom because we did not have people working. He had my permission to go but did not. He did some mission work with school in Costa Rica. James did some service project with the school also. He also did computer repair to some local people and only charge twenty dollars and for some it was free. While in college he also picked up a partime job at a Tech store, and tutored other students. He is currently pursuing a master degree in computer science and would like to pursue another masters in business administration. He is very ambitious if given a chance. I think the community would benefit greatly by James. Despite with all of this James is still keeping up with his grades and working as a TA in the university. He knows life have many challenges and must over come those challenges. Please keep all this in mind your honor.

Sincerely,
Mary and Hung Nhan

DEFENDANT'S EXHIBIT
A-1
CR17.4050.LTS

Your Honor,

I am writing this letter to you in hopes that you can see beyond the charges against my cousin, James Nhan, and see what we, his family sees. Our family is a family of immigrants. All our grandparents and parents wanted for us was a life better than their own so they never complained about working 12 hour days, six days a week. James saw all of this and recognized how much they worked and sacrificed for us.

James is the first person in our family to only obtain two bachelor degrees but is also working towards his masters. The work ethic that our family instilled in us is the reason my cousin has worked so hard his entire life towards his education. I've watched James grow up before my eyes. He has always been a very sweet, smart, and responsible boy who always studied hard, helped look after his younger brothers, and never got in trouble. He grew up and turned into a driven and ambitious man who has continued to study hard, working towards his dream career. While I do not know the reasons for his wrong decisions, I do know how genuine he is and I truly believe that James has learned from all of this.

James has his whole life ahead of him and there is no doubt in my mind that he will do great things and accomplish much to make his parents and his family proud. I believe that he doesn't take what has happened lightly but rather he will take everything that he has learned to push himself to be a better person. To be the person we all know that he is. I hope you will believe this too.

Thank you for taking the time to listen.

Amie Schumaker, cousin
Farmington Hills, Michigan



DEFENDANT'S EXHIBIT A-2
CR17.4050.LTS

TO WHOM IT MAY CONCERN:
In Re: Character Reference Regarding Jame N

My name is KEVIN LAU and I've known Jame NHAN since JAme NHAN were born.

During my interactions with my nephew JAm NHAN. I've found him to be a person highl intelligent and integrity. He has sound moral principles, he's honest and sincere. JAme NH help his parent with chores around the hous and watch his younger brothers. JAme NHAN still maintain an excellent grad to achiev a scholarship for college. JAme NHAN have a lot to offer to the country and th community in the upcoming future.

JAme NHAN is very considerate of other people, whatever he can help someone els JAme will do. I'm glad to have the opportunity and fortune to be his uncle. I wrote this character reference with great pride

Sincerely,

KEVIN LAU

DEFENDANT'S EXHIBIT
A-3
CR17.4050.LTS



Chief Judge Leonard T. Strand
United States District Court
Northern District of Iowa
320 6th Street
Sioux City, Iowa 51101
January 19, 2018

Your Honour,

My name is Denise Olson of ▓▓▓▓▓ Orange City, Iowa, elementary school teacher. I have known James Nhan, ▓▓▓▓▓, Orange City, Iowa, since he was, I believe, in sixth grade working as a server at his parents restaurant, Szechuan Inn, 114 2nd Street NE, Orange City. James was a polite boy who did a good job serving as well as bussing tables, washing floors, and cleaning bathrooms at the end of an evening. In time, he also worked the register taking payment and returning change. His demeanor and tone of voice was cordial. Through the years as James matured, he often listened and took part in conversation as his mom, Mary, my husband, Dennis and I would visit near and after closing time.

I did not see James in school with his classmates. There was, however, one boy/young man (M-OC High School classmate) that also worked at Szechuan Inn that he became very good friends with, Stephen Lawrensen. They both were intelligent boys and had like interests, such as computers and video games. Both attended Northwestern College, Orange City, Iowa. James continued to faithfully work at Szechuan Inn throughout his undergraduate studies. He did well in college and is presently continuing his education at Iowa State University where he is pursuing a Masters Degree.

I understand that James Nhan has to answer to drug charges related to manufacturing and selling steroids. I was shocked to hear this as it doesn't fit the person I know and the family life he grew up in. I do not believe James would have come up with this illegal idea and put it into action by himself. It just doesn't fit the work ethic (with hard working parents as an example before him, daily) that he has been raised in and been a part of.

James made a grave mistake in his actions of manufacturing and selling steroids. Yes, he must have consequences. However, shouldn't his past of being a hard working student throughout high school and undergrad college, working faithfully for his parents, and not having any legal problems (that I am aware of) be considered and count for something? I can't help believing that James has already experienced some punishment having been arrested for this crime which has been made public, facing family and friends, and having to wait and stew over his impending judgment. The worst part for James is/will be realizing that he will have a legal record and how one short-sighted, stupid choice will affect his life forever. May you have grace on this young man.

Yours faithfully,

*Denise Olson*

Denise Olson
▓▓▓▓▓
Orange City, Iowa 51041
712-▓▓▓▓





DEFENDANT'S EXHIBIT
A-5
CR17.4050.LTS

108 Central Ave NW Orange City, IA 51041
712-707-7787 | super-ht.com

To Whom It May Concern,

James Nahn was my employee at our Orange City location during a timeframe in 2014 and 2015. He is without a doubt one of the most capable and intelligent people I have ever met. At the time he was very into fitness and lifting, which was something that popped up in conversation, but never dominated the conversation or seemed to become a hindrance to his work.

With customers James was very caring, compassionate, patient, and kind. I attributed it to the upbringing from his parents, and helping out at his parents restaurant.

We have had probably a couple dozen employees in our 5 years of business, and he exhibited none of the red flags of destructive behavior or dishonesty. I would rank him in the top 10 of employees, and top 3 in intelligence.

I really believe that he made an honest mistake in working with steroids, and did not intend it to be something that is a harm to the state or others around him. It may have been immaturity, status, or money became an overwhelming temptation for him to make this mistake.

In this newer generation, we need leaders and intelligent people to lead the way. I think he has the skills and talents to be a pivotal leader. The punishment from the hearings and word of mouth (in Northwest Iowa) I believe is enough harm to make sure that he doesn't make the same mistake(s) again. The punishment that the body of law will enforce on him is up to you. He has learned his lesson going forward and will be a better societal and business leader because of this experience.

Humbly and Sincerely,

Jon Hellinga
Co-Owner Super Highway Technologies, Inc.

January 25, 2018


DEFENDANT'S EXHIBIT A-6
(1:17-4050-LTS)

To the Honourable Chief Judge Leonard T. Strand,

I'm writing a character reference for my cousin, James Nhan, who pled guilty for the charges of "Manufacturing Anabolic Steroids". My family was heartbroken and shocked to hear the news of what happened to James.

I've known my younger cousin, James almost all of my life. I've watched him go from being a shy and happy boy to a smart, kind and respectable man. I've always admired James's intelligence and work ethic. He was able work two jobs, volunteer and attend high school, graduating with honors. While in college, James graduated with two bachelor's degrees and tutored computer science and English ASL. Now, he's on his way to getting his master's degree. James is a contributing member of society and as smart as he his, James wasn't thinking with his head when he got involved with steroids. Instead, this mistake was based on emotion.

Growing up, James battled being overweight. He was teased a lot and has insecurities. Those insecurities turned into depression. This doesn't excuse his actions. James knows that what he did was wrong and he knows that he made a mistake, but he wants to set a better example for his younger brothers.

If James does one thing well, it's his ability to learn. And he's learned a hard lesson, but he wants to get better. Prior to this incident, James has never been involved with drugs or had any criminal record. James is still pursuing his master's degree and he's a teaching assistant for the Computer Science department. But James is worried about how this could affect his position and what would happen to his future.

I truly believe this is a one time offense for James. He will never forget what happened and he'll never want to make this mistake ever again. James has his whole family that loves and supports him. We hope for the best possible outcome for this case.

Should you have any questions about my statement please call me at 248-█████

Sincerely,

*Zenia O'Leary*

Zenia O'Leary, cousin
█████
Henrico, VA 23231



Tuesday, January 23, 2018

Your Honor,

My nephew, James Nhan will be appearing before you and I am writing this letter to give you some insight on the type of person my nephew is. He is an intelligent and caring twenty-three year old who has a very bright future ahead of him. James was born in Detroit, Michigan living in a low income household. Growing up, James has spent a lot of time with the family. Most of his relatives lives in Michigan. He got along extremely well with everyone. He grew up with my son (twenty-five) and daughter (eighteen), along with his other cousins and not once have I ever heard him raise his voice to anyone or cause any problems. He is always happy to help you with anything and will try to make you smile if you are feeling down. James has a very big heart and cares for everyone around him. When his parents moved the family to Iowa and opened the restaurant, James spent most of his time after school and on the weekends helping his parents at the restaurant and taking care of his younger brothers. Even with all of these responsibilities, James has excelled in his education and received a full scholarship through college and is currently working on his Master's degree.

He has never been in any kind of trouble in school and has no criminal record. James would never hurt or cause harm to anyone. I ask you to please take all of this into consideration when making your decision. This can impact his chance of a good career.

Sincerely,


Susie Buchin



January 27, 2018

To Whom It May Concern,

My name is Chery Fung (James) auntie. I watched him being born into this world when my sister was giving birth to him at the hospital in 1994. James was a very easy child to care for. I remember when he was two years old and he fell down from climbing on the bunk bed. It scared him so much that he wouldn't to do it again because he knew he could get hurt. He's a quick learner and gets scared very easily. But James is very intelligent and extremely bright. He cares for others and especially his elders.

Likewise, James often thought he didn't fit in with the other kids his own age with the exception of his cousins. I have watched him grow up to be a young adult and it is quite awesome. He has accomplished what every mother would dream of for their child. James would be the first in his generation to receive a Master's degree. I am proud to have James as my nephew and I am asking for you give him a chance. He has a whole life ahead of him.

Sincerely,

Chery Fung

# Kevin & Lynne McMahan

Orange City, Iowa 51041



January 27, 2018

Your Honor,

We were saddened to hear of Mr. James Nhan's recent court finding. We do not know specifics of these circumstances, but when asked to provide a character reference we were happy to do so.

We have known Mr. Nhan for most of the past decade since he befriended our son at MOC-Floyd Valley middle school when we were new to the community in 2007 or 2008. Our contacts with him during those years have impressed us with his intelligence, politeness, positive spirit, technological expertise and service orientation, so we were surprised to hear this verdict. Our son, Kory, now 23 and living in Seattle, says, "James is a bright guy. He was a good friend to me, generous, and hard working." He and James organized and ran a Chess Club at MOC-FV High School for a couple of years.

Whenever we would visit the Szechuan Inn restaurant in Orange City, James would welcome us kindly and serve us with manners and efficiency that, in our experience, were exceptional for a person his age. Our son's first high school job was to work with James at the restaurant. James visited our home several times, including to use his advanced technical knowledge to assist us with home computers. Again, his helpful attitude was distinctive, often expressing his willingness to help for free despite the value of his expertise.

I work with international students at Northwestern College and about five years ago we hired James to be one of our ESL Tutors for a 3-week Winter English Program for Japanese high school seniors. James stood out for his enthusiastic support and service to this whole group, getting to know them personally, and visibly saddened when it came time for them to return home to Tokyo.

In my mind, it is unusual for someone to combine such intelligence and technical expertise with the desire and manner to be so helpful. We think he is a devoted friend and wonder if such a commitment to a friend might have led him into this most unfortunate outcome. We believe that Mr. Nhan has much to offer our community and it is our prayer that his sentence can help him to build toward that continuing contribution.

Sincerely,

*Kevin & Lynne McMahan*

Kevin & Lynne McMahan
(712) ▮


DEFENDANT'S EXHIBIT
A-10
CR17-4050-LTS

January 19, 2018

Reference for James Nhan

Dear Sir or Madam,

We are writing this as a reference to the character of James Nhan.

First we would like to acquaint you with the family of James Nhan. The Nhan family moved to our community nearly 18 years ago when James was a little guy of seven years old. His parents ran a wonderful Chinese restaurant – and continue to do so.

This family became friends with many of us in the community. If people did them a favor – the Nhans always felt the need to repay good deeds in some way as their way of appreciation. This was a very honest, hardworking family. Family was their number one priority.

Hung, the father cannot read, speak or write in English but is one of the hardest working people we know – he can make the best Chinese cuisine, can fix nearly anything that breaks and is a family man.

Mary, the mother is the hub of the family – a very savvy business woman – runs the family business/book, and never stops working. She is the protector of this family and has instilled the highest family values as well as high moral values to her family.

This is the home James grew up in and thrived in. When other kids his age were at games and dances – he would work every weekend night till closing without complaints. We knew at a very young age he was very intelligent and proved that throughout elementary, high school and graduating from college with honors. He was a tutor as well as on the welcoming staff at Northwestern College. He is currently in a master's program and is serving as teachers' assistant at Iowa State University in his 2nd year.

James developed the strong characteristics of his parents, high morals and a hard worker. He is motivated, family oriented, trustworthy, caretaker of his siblings and brilliant.

James made a serious mistake – in fact he broke the law. We ask you to show mercy as you determine this young man's future – the first generation in his family to acquire a college degree. We have many non-profits in our area that have outdated computer systems. When determining his punishment would you consider using his talents through community service in such agencies?

You will probably ask him if he regrets this decision he made and if he will learn from this experience and use it in a positive way for the rest of his life. We are pretty confident we know his answer   He is a good man!

Thank you,

Connie Julius - Owner of Tip Top Tux, Epic Realty Sales Assistant

Doug Julius – Sioux County Engineer



January 30, 2018

To the Honourable Chief Judge Leonard T. Strand,

I am writing you on behalf of James Nhan who has pleaded guilty to the charges of illegally manufacturing anabolic steroids.

I met James over eleven years ago when I was dating my now wife Zenia O'Leary, who is cousins with James. The first time I met James, I was struck by his dedication and accomplishments after one year of high school. Later when he was considering colleges, I was impressed with the schools that were interested in having him as a student. James was accepted into an ivy league university, but when he made the decision to stay in-state to help support his family's local restaurant that I really understood James' true character. It showed that while he focused on his education, he felt it was equally important to focus on his family.

He balanced high school course assignments while working at his family's restaurant and found time to take early college courses for credits. After college he continued his education by enrolling in an accelerated graduate degree program and took a position as a teaching assistant to help his fellow students at Iowa State. He's an ambitious young man and it is obvious now that the stress of trying to balance everything took a toll on James' ability to think clearly.

I am proud of him for acknowledging and admitting to the court his mistakes over the last year and I believe this is the first step to him becoming a better member of society moving forward. I have no doubt that he can take this experience, learn from them and excel at being a better member of society — much like he has in his studies. And with his experience of being a teaching assistant, James has shown that he can take complex problems and break them down. With that knowledge, James will be able to take what happened and truly understand his consequences, while also being able to teach his brothers and his students how to learn from his mistakes.

He has a strong support system with his family and we are dedicated to guiding James down a better path by any means necessary. We will be there for him while he goes through a complete rehabilitation. We ask you to show him sympathy as he still has a chance to have bright future.

Should you have any questions about my statement please call me at 248-███████.

Thank you,

*[signature]*

Derek O'Leary, cousin-in-law
████████████
Henrico, VA 23231

# Michael LaVoie



███████ Wixom MI, 48393
(810)-███████
███████@emich.edu

1-27-2018

Dear Judge,

I am writing to you about my cousin James Nhan. I heard from my Aunt Mary which is his mother, that he needs all the love and the support from our family at this great deal of time. This sadness breaks my heart, because families stick together through thick and thin! As you can see James my cousin, I have known for years, he is the same age as my brother Steven age 25. James is a wonderful, intelligent, bright, smart, and all around in general a pleasure to be around. I was sad when they moved when he was 8 years old to Orange City, Iowa, because that means I couldn't play with my cousins anymore. I worked with James in the family restaurant Szechuan Inn in Orange City, Iowa, he knew how to run things, he was always polite to his other co-workers, and his parents. He always put the customers ahead of anyone else, he is a strong-willed individual that has the rest of his life, and his worldly experiences he can share with anyone. Please give my cousin James a chance, everyone deserves a second chance at life. If you have any questions you can contact me through call, or email @ (810)-███████, or @ ███████@emich.edu

Warm regards,
Michael LaVoie